IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MOHAMMAD ALI KALHOURI, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-0333-TMH |
| | )            WO |
| J. A. KELLER, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on July 22, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #13) filed on July 7, 2010 is adopted;

3. That the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice because this case is not ripe for review and because of Kalhouri's failure to exhaust administrative remedies in accordance with the procedures established by the BOP.

DONE this the 23rd day of September, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE